# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JUAN ALVAREZ (3)** and<br>**PATRICIA MARQUEZ (4)**, et al.,<br><br>　　　　Defendants. | Case No.: 08CR2937-H<br><br>**ORDER CONTINUING<br>SENTENCING HEARINGS** |

**IT IS SO ORDERED** that the Sentencing Hearings previously scheduled for Monday, September 21, 2009 at 9:00 a.m. and Tuesday, October 13, 2009 at 9 a.m., respectively, be continued to **Monday, November 2, 2009 at 9:00 a.m.** Defendants, Juan Alvarez (3) and Patricia Marquez (4), are on bond. Each defendant has filed an Acknowledgment of Next Court Date. The Court accepted Defendant Patricia Marquez's guilty plea on August 7, 2009. As to Defendant Juan Alvarez, the Court finds valid excludable time under the Speedy Trial Act until acceptance of plea

DATED: August 14, 2009

Marilyn L. Huff, District Judge
United States District Court